**Order entered October 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00362-CV

**TRANSCONTINENTAL REALTY INVESTORS, INC, Appellant**

**V.**

**SIDNEY WICKS, AS TRUSTEE OF THE
SIDNEY WICKS REVOCABLE TRUST, Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-15435**

## ORDER

We **GRANT** appellant's October 7, 2013 unopposed motion for an extension of time to

file a reply brief.  Appellant shall file its reply brief on or before October 31, 2013.

> /s/     ADA BROWN
>         JUSTICE